# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1368

_____

| | |
|---|---|
| Joe S. Wesley, | * |
| | * |
| Appellant, | *    Appeal from the United States |
| | *    District Court for the Eastern |
| v. | *    District of Arkansas. |
| | * |
| Crothall Services Group, | *    [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: October 5, 2011
Filed: October 11, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Joe S. Wesley appeals following the district court's[1] adverse grant of summary judgment in his employment-discrimination action, and the subsequent denial of his motion for reconsideration. Initially, we note that Wesley's notice of appeal is timely only as to the order denying reconsideration, see Huggins v. FedEx Ground Package Sys., Inc., 566 F.3d 771, 773 (8th Cir. 2009) (court is obligated to consider jurisdiction sua sponte when there is indication that it is lacking), because his motion was filed twenty-nine days after the entry of judgment, and thus did not toll the time

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

to appeal the underlying grant of summary judgment, <u>see</u> Fed. R. App. P. 4(a)(4). Finding no abuse of discretion in the denial of reconsideration under Federal Rule of Civil Procedure 60(b), <u>see</u> <u>Arnold v. Wood</u>, 238 F.3d 992, 998 (8th Cir. 2001) (Rule 60(b) movant must demonstrate exceptional circumstances justifying such relief), we affirm the district court. We also deny Wesley's motion for remand.

_____